UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 1:24-cr-10307-FDS |
| | ) | |
| ELENA WALSH, | ) | |
| Defendant. | | |

## **ORDER**

Upon consideration of the Government's assented-to motion for leave to dismiss the

Information as to the Defendant Elena Walsh, it is hereby:

ORDERED that the motion is granted.

  /s/ F. Dennis Saylor, IV
HONORABLE F. DENNIS SAYLOR, IV
United States District Judge

 10/17/2025
Date